IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CASSINI, | No. C 08-00643 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| HARLEY LAPPIN, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner at Taft Correctional Institution, has filed a pro se complaint for damages and injunctive relief under 42 U.S.C. § 1983 alleging denial of due process in connection with discipline he received for unauthorized use of a computer. By Order filed May 16, 2008, Magistrate Judge Gary S. Austin granted plaintiff's application to proceed in forma pauperis and ordered plaintiff to "submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint" within 60 days of the date of service of the Order. According to the docket, the Order was served on plaintiff By mail that same day. As of this date, however, nearly a year after plaintiff was ordered to submit a copy of his prison trust account, plaintiff has not complied with the May 16, 2008 Order and has not otherwise communicated with the Court.

//

//

1   Accordingly, plaintiff's complaint is DISMISSED for a failure to prosecute. <u>See</u> Fed.
R. Civ. P. 41(b). The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: March 30, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE